# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

| | | |
|---|---|---|
| IN RE:  Stephen D. King | } | CASE NUMBER: 18-71778 |
| | } | |
| | } | |
| | } | JUDGE |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** 12/31/18 **TO** 12/31/18

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 5/13/19

William A. Rountree
Attorney for Debtor

Debtor's Address
and Phone Number:
450 Glenmount Ct
Sandy Springs, GA 30350

Tel. \_\_\_(404) 977-3928_____

Attorney's Address
and Phone Number:
2800 N. Druid Hills Rd
Building B
Atlanta, GA 30329
Bar No. _____
Tel. \_\_(404) 584-1244_____

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Stephen D. King |
|---|
| Case Number: 18-71778 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

|  | Month 31-Dec-18 | Cumulative Total |
|---|---|---|
| **CASH- Beginning of Month (Household)** | $0.00 | $0.00 |
| **CASH- Beginning of Month (Business)** | $0.00 | $0.00 |
|  |  |  |
| Total Household Receipts | $0.00 | $0.00 |
| Total Business Receipts | $0.00 | $0.00 |
| **Total Receipts** | $0.00 | $0.00 |
|  |  |  |
| Total Household Disbursements | $0.00 | $0.00 |
| Total Business Disbursements | $0.00 | $0.00 |
| **Total Disbursements** | $0.00 | $0.00 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $0.00 | $0.00 |
|  |  |  |
| **CASH- End of Month (Individual)** | $0.00 | $0.00 |
| **CASH- End of Month (Business)** | $0.00 | $0.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $0.00 | $0.00 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 | $0.00 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $0.00 | $0.00 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This _____ day of _____ 20____.

_____
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>31-Dec-18 | Cumulative<br>Total |
|---|---:|---:|
| **CASH - Beginning of Month** | $0.00 | $0.00 |
|  |  |  |
| **BUSINESS CASH RECEIPTS** | $0.00 | $0.00 |
| Cash Sales | $0.00 | $0.00 |
| Account Receivable Collection | $0.00 | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | $0.00 | $0.00 |
| Rental Income | $0.00 | $0.00 |
| Sale of Business Assets (attach list to this report) | $0.00 | $0.00 |
| Other (specify) (attach list to this report) | $0.00 | $0.00 |
|  |  |  |
| **Total Business Receipts** | $0.00 | $0.00 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** | $0.00 | $0.00 |
| Net Payroll (Excluding Self) | $0.00 | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | $0.00 | $0.00 |
| Taxes - Payroll | $0.00 | $0.00 |
| Taxes - Sales | $0.00 | $0.00 |
| Taxes Other (attach schedule) | $0.00 | $0.00 |
| Contract Labor (Subcontractors) | $0.00 | $0.00 |
| Inventory Purchases | $0.00 | $0.00 |
| Secured/Lease Payments (Business) | $0.00 | $0.00 |
| Utilities (Business) | $0.00 | $0.00 |
| Insurance | $0.00 | $0.00 |
| Vehicle Expenses | $0.00 | $0.00 |
| Travel & Entertainment | $0.00 | $0.00 |
| Repairs and Maintenance | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 |
| Charitable Contributions/Gifts | $0.00 | $0.00 |
| Purchase of Fixed Assets | $0.00 | $0.00 |
| Advertising | $0.00 | $0.00 |
| Bank Charges | $0.00 | $0.00 |
| Other (attach schedule) | $0.00 | $0.00 |
|  |  |  |
| **Total Business Disbursements** | $0.00 | $0.00 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $0.00 | $0.00 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

_____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: __UNKNOWN__

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3A

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | No Checks Disbursed for December 31, 2018 |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | N/A | N/A | N/A | N/A |
| Account Number: | | | | |
| Purpose of Account (Business/Personal) | | | | |
| Type of Account (e.g. checking) | | | | |
| 1. Balance per Bank Statement | | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 3B

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | No Checks Disbursed for December 31, 2018 |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 3C

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | No Checks Disbursed for December 31, 2018 |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

MONTHLY OPERATING REPORT - INDIVIDUAL                                    ATTACHMENT NO. 4

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month 31-Dec-18 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | $0.00 |
| Plus: Billings During the Month | $0.00 | $0.00 |
| Less: Collections During the Month | $0.00 | $0.00 |
| Adjustments or WriteOffs* | $0.00 | $0.00 |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month 31-Dec-18 |
|---|---|---|
| 0 - 30 Days | $0.00 | $0.00 |
| 31 - 60 Days | $0.00 | $0.00 |
| 61 - 90 Days | $0.00 | $0.00 |
| Over 90 Days | $0.00 | $0.00 |
|  |  |  |
| Total Accounts Receivable** | $0.00 | $0.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | $0.00 | $0.00 |
| Withholding** | $0.00 | $0.00 |
| FICA - Employee | $0.00 | $0.00 |
| FICA - Employer | $0.00 | $0.00 |
| Unemployment | $0.00 | $0.00 |
| Income | $0.00 | $0.00 |
| Other (Attach List) | $0.00 | $0.00 |
| **Total Federal Taxes** | $0.00 | $0.00 |
|  |  |  |
|  |  |  |
| **State & Local Taxes** | $0.00 | $0.00 |
| Withholding | $0.00 | $0.00 |
| Sales | $0.00 | $0.00 |
| Unemployment | $0.00 | $0.00 |
| Real Property | $0.00 | $0.00 |
| Personal Property | $0.00 | $0.00 |
| Other (Attach List) | $0.00 | $0.00 |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | Month N/A | Month N/A | Month N/A |
|---|---|---|---|
| Accounts Payable Beginning Balance* | $0.00 | $0.00 | $0.00 |
| Plus: New Indebtedness During the Month | $0.00 | $0.00 | $0.00 |
| Less: Amount Paid on Acct. Payables in Month | $0.00 | $0.00 | $0.00 |
| Adjustments or WriteOffs** | $0.00 | $0.00 | $0.00 |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |

# ACORD® CERTIFICATE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 05/07/2019

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**PRODUCER**
StateFarm
Scott Clark
3011 W Galbraith Rd
Cincinnati, OH 45239-4222

**CONTACT NAME:** Scott Clark
**PHONE (A/C, No, Ext):** (513) 521-0070
**FAX (A/C, No):** (513) 522-9810
**E-MAIL ADDRESS:** scott.clark.bxzu@statefarm.com
**PRODUCER CUSTOMER ID:**

**INSURED**
Crestview Heights III
c/o Charlene Baker 11277 Pippin Rd
Cincinnati, OH 45231-1201

**INSURER(S) AFFORDING COVERAGE | NAIC #**
INSURER A: State Farm Fire and Casualty Company | 25143
INSURER B:
INSURER C:
INSURER D:
INSURER E:
INSURER F:

**COVERAGES    CERTIFICATE NUMBER:           REVISION NUMBER:**

**LOCATION OF PREMISES / DESCRIPTION OF PROPERTY** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
REFER TO ACORD 101.

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YYYY) | POLICY EXPIRATION DATE (MM/DD/YYYY) | COVERED PROPERTY | LIMITS |
|---|---|---|---|---|---|---|---|
| | ☒ PROPERTY CAUSES OF LOSS: BASIC, BROAD, ☒ SPECIAL, EARTHQUAKE, WIND, FLOOD | DEDUCTIBLES: BUILDING $5,000, CONTENTS, 10% | 95-KW-3236-8 | 04/07/2019 | 04/07/2020 | ☒ BUILDING | $ $1,306,900 |
| | | | | | | PERSONAL PROPERTY | $ |
| | | | | | | BUSINESS INCOME | $ SEE ACORD 101 |
| | | | | | | EXTRA EXPENSE | $ SEE ACORD 101 |
| | | | | | | RENTAL VALUE | $ SEE ACORD 101 |
| | | | | | | BLANKET BUILDING | $ |
| | | | | | | BLANKET PERS PROP | $ |
| | | | | | | BLANKET BLDG & PP | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | INLAND MARINE CAUSES OF LOSS NAMED PERILS | | TYPE OF POLICY POLICY NUMBER | | | | $ $ $ $ |
| | CRIME TYPE OF POLICY | | | | | | $ $ $ |
| | ☒ BOILER & MACHINERY / EQUIPMENT BREAKDOWN | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ $ |

**SPECIAL CONDITIONS / OTHER COVERAGES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
REFER TO ACORD 101.

**CERTIFICATE HOLDER**
Cincinnati Federal
ISAOA/ATIMA
6581 Harrison Ave
Cincinnati, OH 45247-2810

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
IF SIGNATURE IS REQUIRED, PLEASE CONTACT AGENT.

© 1995-2015 ACORD CORPORATION. All rights reserved.
ACORD 24 (2016/03)    1004348    The ACORD name and logo are registered marks of ACORD
2009 142961 209 05-25-2017

| AGENCY CUSTOMER ID: | |
|---|---|
| LOC #: | |

# ACORD® ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| AGENCY | NAMED INSURED |
|---|---|
| Scott Clark | Crestview Heights III |
| **POLICY NUMBER** | |
| 95-KW-3236-8 | |
| **CARRIER** | **NAIC CODE** | |
| State Farm Fire and Casualty Company | 25143 | **EFFECTIVE DATE:** 04/07/2019 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: 24    FORM TITLE: Certificate of Property Insurance

**Unit Owner:**

Stephen D King - 5465 Camelot Dr Apt 28 - Fairfield, - OH - 45014-4046 - Unit Loan Number:00000 - Number Of Units: 0012

**Association Type:**    Residential Community Association Policy

**Forms, Options and Endorsements:**

| | | | |
|---|---|---|---|
| CMP-4100 | Businessowners Coverage Form | CMP-4235.1 | Amendatory Endorsement |
| CMP-4719.1 | Earthquake Volcanic Eruption | FE-6999.2 | Terrorism Insurance Coverage |
| CMP-4550 | Residential Community Assoc | CMP-4710 | Emp Dishonesty    $25,000 |
| CMP-4508 | Money and Securities | CMP-4705.2 | Loss of Income & Extra Expnse |
| FE-3650 | Actual Cash Value Endorsement | CMP-4561.1 | Policy Endorsement |

**Coverages:**

| | |
|---|---|
| Business Liability | $1,000,000 |
| Medical Payments | $5,000 |
| Products-Completed Operations | $2,000,000 |
| General Aggregate | $2,000,000 |

**Coverage**
Unless otherwise endorsed, this policy provides replacement cost coverage on described property and common areas detailed within the Association bylaws including the following types of property within a unit, regardless of ownership:

1. Fixtures, improvements and alterations that are a part of the building or structure; and
2. Appliances such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

Replacement cost coverage is subject to the terms and conditions of the policy and any endorsements.

Coverage under this policy may have been modified to provide actual cash value coverage rather than replacement cost coverage, or to remove specified property from coverage, if any endorsement containing in its title "ACV" or "Actual Cash Value," or "Additional Property Not Covered" is identified on this Certificate of Insurance.

Endorsements: FE-3650, FE-3653, FE-3658, and FE-3659 (Actual Cash Value) - These endorsements describe what the term "actual cash value" means where used in the policy. ***However, these endorsements do not change any replacement cost coverage provided by the policy.***

This policy provides coverage on a standalone/individual condominium association.

**Commercial General Liability**
State Farm refers to this coverage as Business Liability Coverage. Coverage amount shown is Per Occurrence.

**Loss of Rents, Loss of Income and Extra Expense**
If this coverage is shown, limits are "Actual Loss Sustained". Contact the agent to confirm the number of day's coverage.

ACORD 101 (2008/01)    © 2008 ACORD CORPORATION. All rights reserved.
1004348    The ACORD name and logo are registered marks of ACORD    2009 142961 209 05-25-2017

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) |
| DEEP END, LLC. | ) |
| | ) CASE NO: 18-71778-wlh |
| | ) |
| Debtor. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Monthly Operating Report for the Period from December 31, 2018, through December 31, 2018,** was served by electronic mail to the following interested parties:

> Thomas Wayne Dworschak
> Office of the U. S. Trustee
> Room 362
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
> (404) 331-4437
> Email: thomas.w.dworschak@usdoj.gov

This 13th day of May 2019.

                                                __/s/ William A. Rountree_____
                                                William A. Rountree
                                                Georgia Bar No. 616503
                                                Rountree, Leitman & Klein, LLC
                                                Century Plaza I
                                                2987 Clairmont Road
                                                Atlanta, GA 30329
                                                404 584-1244
                                                wrountree@randllaw.com

04037556-