# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEPHEN D. KING, | ) | |
| | ) | CASE NO: 18-71778-WLH |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Stephen D. King** by and through his undersigned counsel filed a *Second Motion to Extend Exclusivity Period* and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at 1:30 p.m., on August 8, 2019.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your review, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 1340 Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

On this July 3, 2019.

*ROUNTREE, LEITMAN & KLEIN, LLC*

/s/ William A. Rountree
William A. Rountree, Bar Number 616503
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, GA 30329
(404) 994-4699 Telephone;
(404) 704-0246 Facsimile
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| STEPHEN D. KING, ) | |
| ) | CASE NO: 18-71778-WLH |
| ) | |
| ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |

## SECOND MOTION TO EXTEND EXCLUSIVITY PERIOD

**COMES NOW,** Stephen D. King ("Debtor"), the Debtor and Debtor-in-Possession in the above-referenced case, and brings this Second Motion to Extend Exclusivity Period pursuant to 11 U.S.C. § 1121, and in support thereof respectively shows the Court as follows:

1.

Debtor filed a Petition constituting an Order for Relief under 11 U.S.C. Chapter 11 on December 31, 2018. Debtor has continued in possession of his property and has operated and managed his affairs as debtor-in-possession pursuant to the provisions Sections 1107 and 1108 of the Bankruptcy Code.

2.

The Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a "core" proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.

Debtor filed a Motion to Extend the Exclusivity Period (the "First Motion to Extend") on March 5, 2019 [Doc. No. 19].

4.

Debtor's First Motion to Extend was granted on March 29, 2019 [Doc. No. 21]. The Court extended Debtor's exclusivity period through and including August 28, 2019, and extended Debtor's solicitation deadline through and including September 27, 2019.

5.

Debtor is still attempting to negotiate a plan with his major creditors.

6.

Pursuant to 11 U.S.C. § 1121(b), Debtor has the exclusive right to file a Plan of Reorganization until after 120 days following the date of the Order for Relief. Debtor seeks a second extension of this exclusivity period, pursuant to 11 U.S.C. § 11219(d), for an additional one hundred and twenty days.

7.

Accordingly, Debtor requests that the Court extend his exclusivity period pursuant to 11 U.S.C. § 1121(b) an additional one hundred and twenty (120) days, through and including December 26, 2019, and extend his solicitation deadline through and including January 27, 2020.

8.

The requested relief is in the best interest of Debtor and Debtor's estate.

WHEREFORE, the Debtor respectfully requests the Court:

a) Extend Debtor's Exclusivity period one hundred and twenty (120) days, through and including December 26, 2019, and extend his solicitation deadline through and including January 27, 2020.

b) Grant such other and further relief as is just and proper.

Respectfully submitted,

This July 3, 2019.

*ROUNTREE, LEITMAN & KLEIN, LLC*

/s/ William A. Rountree
William A. Rountree, Bar Number 616503
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, GA 30329
(404) 994-4699 Telephone;
(404) 704-0246 Facsimile
*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEPHEN D. KING, | ) | |
| | ) | CASE NO: 18-71778-WLH |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Second Motion to Extend Exclusivity Period** upon the twenty largest unsecured creditors and the following parties by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Synchrony Bank
c/o PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541

Thomas Wayne Dworschak
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Griffin B. Bell, III
309 Sycamore St.
Decatur, GA 30030

This July 3, 2019

*ROUNTREE, LEITMAN & KLEIN, LLC*

/s/ William A. Rountree
William A. Rountree, Bar Number 616503
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, GA 30329
(404) 994-4699 Telephone;
(404) 704-0246 Facsimile
*Attorneys for Debtor*