UNITED STATES BANKRUPTCY COURT

_Northern_ DISTRICT OF _Georgia_

_Atlanta_ DIVISION

IN RE:                                              CASE NUMBER

_Stephen D. King_                            _18-71_

                                                        JUDGE _Wendy J. Hagenau_

DEBTOR.                                          CHAPTER 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM _6/1/19_ TO _6/30/19_

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


_____
Attorney for Debtor's Signature


Debtor's Address                              Attorney's Address
and Phone Number:                          and Phone Number:

_450 Glenmount Ct._              _Rountree, Leitman + Klein, LLC_

_Sandy Springs, GA_              _2987 Clairmont Rd_

_30350_                                      _Suite 175_

_404-977-3928_                        _Atlanta, GA 30329_
                                                    _404-584-1244_

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office.  Monthly Operating Reports must be filed by the 20th day of
the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)      Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)      Initial Filing Requirements
3)      Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/.


MOR-1

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Stephen D. King |
| Case Number: 18-71778 |

Note: The Information requested below is a summary of the Information reported the various Schedules and Attachments contained within this report.

|  | Month<br>June-19 | Cumulative<br>Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $27,000.00 | $194,200.00 |
| CASH- Beginning of Month (Business) | $0.00 | $0.00 |
|  |  |  |
| Total Household Receipts | $27,000.00 | $194,200.00 |
| Total Business Receipts | $0.00 | $0.00 |
| Total Receipts | $27,000.00 | $194,200.00 |
|  |  |  |
| Total Household Disbursements | $23,130.50 | $170,635.42 |
| Total Business Disbursements | $0.00 | $0.00 |
| Total Disbursements | $23,130.50 | $170,635.42 |
|  |  |  |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | $3,869.50 | $23,564.58 |
|  |  |  |
| CASH- End of Month (Individual) | $22,103.07 | $38,699.85 |
| CASH- End of Month (Business) | $0.00 | $0.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | $23,130.50 | $170,635.42 |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $0.00 | $0.00 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $23,130.50 | $170,635.42 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __16th__ day of __June__ 20_19_.

Debtor's Signature

Monthly Operating Report - Individual

**SK LEDGER        STEPHEN KING INCOME JUNE 2019**

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | GS MINING | Jun-19 | $ 20,000.00 |
| Line 2 | R & C Baker Homes | Jun-19 | $      400.00 |
| Line 3 | Consulting Fee | Jun-19 | $   1,600.00 |
| | | Total INCOME | $ 22,000.00 |

**SK LEDGER        HOUSEHOLD INCOME JUNE 2019**

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | GS MINING (Stephen King Income) | Jun-19 | $ 20,000.00 |
| Line 2 | R & C BAKER HOMES (Stephen King Income) | Jun-19 | $      400.00 |
| Line 3 | DEBS INCOME (Deborah King Income) | Jun-19 | $   5,000.00 |
| Line 4 | CONSULTING FEE (Stephen King Income) | Jun-19 | $   1,600.00 |
| | | Total INCOME | $ 27,000.00 |



Printed from Chase Personal Online

---

TOTAL CHECKING (...

$6,132.36
Available balance

$6,132.36
Present balance

+$0.00

Deposits this month

-$15,802.16

Withdrawals this month

Off

Debit card coverage

Off

Overdraft protection

Account activity

SHOWING    Search

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|

| Jun 13, 2019 | | | | |
| | REMOTE ONLINE DEPOSIT # 1 | Deposit | $380.75 | $9,863.86 |
| Jun 12, 2019 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $400.00 | $9,483.11 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|

Jun 3, 2019

| | GS MINING COMPAN SENDER PPD ID: S941687665 | ACH credit | $20,000.00 | $24,883.57 |

JPMorgan Chase Bank, N.A. Member FDIC              ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

Export-7

**Account Name : ASSOCIATED CHECKING**
**Account Number**
**Date Range : 06/01/2019-06/28/2019**
**Transaction Number**

| Date | Description | Memo | Amount Debit | Amount Credit | Balance | Check Number | Fees |
|---|---|---|---|---|---|---|---|
| 06/07/2019 | Deposit Incoming Wire | Wire From GT FINANCIAL LLC | | 1600 | 18710.7 | | |
| 06/08/2019 | Deposit Incoming Wire | Wire From STEPHEN D KING | | 15000 | 22886.5 | | |

2019060700000006-E5-BST*1600.00*501**Deposit Incoming Wire

2019060800000006-E5-BST*15000.00*501**Deposit Incoming Wire

1

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month June-19 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $27,000.00 | $194,200.00 |
| | | |
| **CASH RECEIPTS** | $27,000.00 | $194,200.00 |
| Salary or Cash from Business | $0.00 | $0.00 |
| Wages from Other Sources (attach list to this report) | $0.00 | $0.00 |
| Interest or Dividend Income | $0.00 | $0.00 |
| Alimony or Child Support | $0.00 | $0.00 |
| Social Security/Pension/Retirement | $0.00 | $0.00 |
| Sale of Household Assets (attach list to this report) | $0.00 | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | $0.00 | $0.00 |
| Other (specify) (attach list to this report) | $0.00 | $0.00 |
| | | |
| **TOTAL RECEIPTS** | $27,000.00 | $194,200.00 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | $0.00 | $0.00 |
| Charitable Contributions | $0.00 | $27,699.19 |
| Gifts | $0.00 | $239.68 |
| Household Expenses/Food/Clothing | $6.53 | $3,253.09 |
| Household Repairs & Maintenance | $0.00 | $4,609.04 |
| Insurance | $0.00 | $3,631.22 |
| IRA Contribution | $0.00 | $0.00 |
| Lease/Rent Payments | $0.00 | $0.00 |
| Medical/Dental Payments | ($286.12) | $1,451.75 |
| Mortgage Payment(s) | $0.00 | $15,990.71 |
| Other Secured Payments | $0.00 | $0.00 |
| Taxes - Personal Property | $0.00 | $0.00 |
| Taxes - Real Estate | $219.44 | $219.44 |
| Taxes Other (attach schedule) | $0.00 | $0.00 |
| Travel & Entertainment | $800.10 | $9,671.48 |
| Tuition/Education | $0.00 | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $0.00 | $8,575.89 |
| Vehicle Expenses | $165.60 | $196.60 |
| Vehicle Secured Payment(s) | $0.00 | $2,297.26 |
| U. S. Trustee Quarterly Fees | $0.00 | $0.00 |
| Professional Fees (Legal, Accounting) | $7,008.00 | $18,778.10 |
| Other (attach schedule) | $15,216.95 | $51,576.50 |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | $23,130.50 | $148,189.95 |
| | | |
| **CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2)** | $22,103.07 | |

## SK LEDGER-MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT | BUDGET | DIFFERENCE |
|---|---|---|---|---|---|
| LINE 1 | Household Expenses/Food/Clothing | Jun-19 | $ 6.53 | $ 2,190.00 | $ (2,183.47) |
| LINE 2 | Household Repairs & Maintenance | Jun-19 | $ - | $ 1,280.00 | $ (1,280.00) |
| LINE 3 | Insurance | Jun-19 | $ - | $ 850.00 | $ (850.00) |
| LINE 4 | Lease/Rent Payments | Jun-19 | $ - | $ 1,300.00 | $ (1,300.00) |
| LINE 5 | Medical/Dental | Jun-19 | $ (286.12) | $ 500.00 | $ (786.12) |
| LINE 6 | Mortgage Payment (s) | Jun-19 | $ - | $ 3,850.00 | $ (3,850.00) |
| LINE 7 | Charitable Contributions | Jun-19 | $ - | $ 4,000.00 | $ (4,000.00) |
| LINE 8 | Travel/Transportation & Entertainment | Jun-19 | $ 800.10 | $ 1,800.00 | $ (999.90) |
| LINE 9 | Gifts | Jun-19 | $ - | $ - | $ - |
| LINE 10 | Utilities (Electric, Gas, Water, Cable, Sanitation | Jun-19 | $ - | $ 1,220.00 | $ (1,220.00) |
| LINE 11 | Vehicle Expenses | Jun-19 | $ 165.60 | $ - | $ 165.60 |
| LINE 12 | Vehicle Secured Payment (s) | Jun-19 | $ - | $ 1,500.00 | $ (1,500.00) |
| LINE 13 | Professional Fees (Legal, Accounting) | Jun-19 | $ 7,008.00 | $ - | $ 7,008.00 |
| LINE 14 | Other Payment Category | Jun-19 | $ 15,216.95 | $ - | $ 15,216.95 |
| LINE 15 | Taxes | Jun-19 | $ 219.44 | $ 5,000.00 | $ (4,780.56) |
| LINE 16 | | Jun-19 | $ - | $ - | $ - |
| LINE 17 | | Jun-19 | $ - | $ - | $ - |
| LINE 18 | | Jun-19 | $ - | $ - | $ - |
| LINE 19 | | Jun-19 | $ - | $ - | $ - |
| LINE 20 | | Jun-19 | $ - | $ - | $ - |
| | Total Expenses Paid Out | | $ 23,130.50 | $ 23,490.00 | $ (359.50) |
| | Account Balance Carried Forward | | $ 3,139.74 | | |
| | Household Reconciliation Total Income | | $ 27,000.00 | | |
| | Difference | | $ 3,869.50 | | |

SK LEDGER        HOUSEHOLD REPAIRS/MAINTENANCE MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | $          - |
| Line 2 | | Jun-19 | $          - |
| Line 3 | | Jun-19 | $          - |
| Line 4 | | Jun-19 | $          - |
| Line 5 | | Jun-19 | $          - |
| Line 6 | | Jun-19 | $          - |
| Line 7 | | Jun-19 | $          - |
| Line 8 | | Jun-19 | $          - |
| Line 9 | | Jun-19 | $          - |
| Line 10 | | Jun-19 | $          - |
| | Total Expenses Paid Out | | $          - |
| | BUDGET | | $   1,280.00 |
| | NO REPAIRS OR MAINTENANCE FOR JUNE 2019 | | $   1,280.00 |

SK LEDGER      HOUSEHOLD EXPENSES/FOOD/CLOTHING

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | KROGER (GROCERY) | Jun-19 | $      6.53 |
| Line 2 |  | Jun-19 |  |
| Line 3 |  | Jun-19 |  |
| Line 4 |  | Jun-19 |  |
| Line 5 |  | Jun-19 |  |
| Line 6 |  | Jun-19 |  |
| Line 7 |  | Jun-19 |  |
| Line 8 |  | Jun-19 |  |
| Line 9 |  | Jun-19 |  |
| Line 10 |  | Jun-19 |  |
| Line 11 |  | Jun-19 |  |
| Line 12 |  | Jun-19 |  |
| Line 13 |  | Jun-19 |  |
|  | Total Expenses Paid Out | $      6.53 |
|  | BUDGET | $  2,190.00 |
|  | Difference | $  2,183.47 |

*See Questionare Explanation For Additional Expenses.

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|

Jun 3, 2019

| | | | | |
|---|---|---|---|---|
| KROGER CO 324 ATLANTA GA 817681 06/02 (...2406) | Card | –$6.53 | $24,795.04 |

JPMorgan Chase Bank, N.A., Member FDIC          ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

SK LEDGER    INSURANCE MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | |
| Line 2 | | Jun-19 | $    - |
| Line 3 | | Jun-19 | $    - |
| Line 4 | | Jun-19 | $    - |
| Line 5 | | Jun-19 | $    - |
| Line 6 | | Jun-19 | $    - |
| Line 7 | | Jun-19 | $    - |
| Line 8 | | Jun-19 | $    - |
| Line 9 | | Jun-19 | $    - |
| Line 10 | | Jun-19 | $    - |
| | Total Expenses Paid Out | | $    - |
| | BUDGET | | $    850.00 |
| | Difference | | $    850.00 |

SK LEDGER      LEASE/RENT PAYMENTS MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | |
| Line 2 | | Jun-19 | $    - |
| Line 3 | | Jun-19 | $    - |
| Line 4 | | Jun-19 | $    - |
| Line 5 | | Jun-19 | $    - |
| Line 6 | | Jun-19 | $    - |
| Line 7 | | Jun-19 | $    - |
| Line 8 | | Jun-19 | $    - |
| Line 9 | | Jun-19 | $    - |
| Line 10 | | Jun-19 | $    - |
| | Total Expenses Paid Out | | $    - |
| | BUDGET | | $  1,300.00 |
| | No payments for JUNE 2019 Difference | | $  1,300.00 |

SK LEDGER    MEDICAL/DENTAL EXPENSES MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT | |
|---|---|---|---|---|
| Line 1 | WALGREENS (RX) | Jun-19 | $ | 37.93 |
| Line 2 | WALGREENS (RX) | Jun-19 | $ | 30.26 |
| Line 3 | MEDICAL REIMBURSEMENT (RX) | Jun-19 | $ | (380.75) |
| Line 4 | WALGREENS (RX) | Jun-19 | $ | 26.44 |
| Line 5 | | Jun-19 | | |
| Line 6 | | Jun-19 | | |
| Line 7 | | Jun-19 | | |
| Line 8 | | Jun-19 | | |
| Line 9 | | Jun-19 | | |
| Line 10 | | Jun-19 | | |
| | Total Expenses Paid Out | | $ | (286.12) |
| | BUDGET | | $ | 500.00 |
| | Difference | | $ | 786.12 |

**\*See Questionare Explanation For Additional Expenses.**

# MEDICAL/DENTAL EXP



Printed from Chase Personal Online

## TOTAL CHECKING (...... )

**$6,132.36**
Available balance

**$6,132.36**
Present balance

+$0.00

Deposits this month

Off

Debit card coverage

-$15,802.16

Withdrawals this month

Off

Overdraft protection

## Account activity

SHOWING    Search

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 25, 2019 | WALGREENS #7167 DUNWOODY GA 06/24 (...2406) | Card | –$37.93 | $9,180.78 |
| Jun 18, 2019 | WALGREENS #7167 DUNWOODY GA 06/17 (...2406) | Card | –$30.26 | $9,218.71 |
| Jun 13, 2019 | REMOTE ONLINE DEPOSIT # 1 | Deposit | $380.75 | $9,863.86 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 5, 2019 | WALGREENS #7167 DUNWOODY GA 06/04 (...2406) | Card | −$26.44 | $9,331.38 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender



# CHASE

Printed from Chase Personal Online



## Deposit Overview

| Post date | Total deposit amount | # of checks deposited |
|---|---|---|
| Jun 13, 2019 | $380.75 | 1 |

## Check



```
KCI TEXAS                                              2832
PO BOX 2187
AZLE, TX 76098
                              5-20  2019

Pay to the
Order of   Stephan King                    $ 380 75

three hundred eighty 75                    Dollars

PINNACLE BANK

For Samaritan Ministries        Shelley Kole

⑈111 ---        ⑈30⑈ 2832
```

| Check # | Check amount | Account # | Routing # |
|---|---|---|---|
| 2832 | $380.75 | | 111903517 |

---

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender ⌂

SK LEDGER      MORTGAGE MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | |
| Line 2 | | Jun-19 | |
| Line 3 | | Jun-19 | |
| Line 4 | | Jun-19 | |
| Line 5 | | Jun-19 | |
| Line 6 | | Jun-19 | |
| Line 7 | | Jun-19 | |
| Line 8 | | Jun-19 | |
| Line 9 | | Jun-19 | |
| Line 10 | | Jun-19 | |
| | Total Expenses Paid Out | | $ - |
| | | BUDGET | $ 3,850.00 |

*See Questionare Explanation

SK LEDGER       CHARITABLE CONTRIBUTIONS MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | |
| Line 2 | | Jun-19 | |
| Line 3 | | Jun-19 | |
| Line 4 | | Jun-19 | |
| Line 5 | | Jun-19 | |
| Line 6 | | Jun-19 | |
| Line 7 | | Jun-19 | |
| Line 8 | | Jun-19 | |
| Line 9 | | Jun-19 | |
| Line 10 | | Jun-19 | |
| | Total Expenses Paid Out | | $    - |
| | BUDGET | | $  4,000.00 |
| | Difference | | $  4,000.00 |

**\*See Questionare For Additional Explanation**

SK LEDGER    TRAVEL/TRANSPORTATION/ENTERTAINMENT

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | BLACK WALNUT CAFÉ (MEAL) | Jun-19 | $ 24.42 |
| Line 2 | EL FELIX (MEAL) | Jun-19 | $ 45.29 |
| Line 3 | HERTZ (CAR RENTAL) | Jun-19 | $ 265.59 |
| Line 4 | APPLEBEES | Jun-19 | $ 70.12 |
| Line 5 | NORMAN QUACKS SHOP HOUSE (MEAL) | Jun-19 | $ 160.24 |
| Line 6 | USA * SNACK VENDING (MEAL) | Jun-19 | $ 6.30 |
| Line 7 | USA * SNACK VENDING (MEAL) | Jun-19 | $ 4.80 |
| Line 8 | GRAND PLACE ST. PAUL (MEAL) | Jun-19 | $ 3.00 |
| Line 9 | CAFÉ LATTE (MEAL) | Jun-19 | $ 17.19 |
| Line 10 | GOLDBERGS BAGEL (MEAL) | Jun-19 | $ 3.88 |
| Line 11 | MARLOWS TAVERN (MEAL) | Jun-19 | $ 39.70 |
| Line 12 | ASIAN CAFÉ (MEAL) | Jun-19 | $ 44.07 |
| Line 13 | CRACKER BARREL | Jun-19 | $ 28.83 |
| Line 14 | GALLAS PIZZA | Jun-19 | $ 26.74 |
| Line 15 | BP (GAS) | Jun-19 | $ 50.75 |
| Line 16 | CHEESCAKE | Jun-19 | $ 9.18 |
| | Total Expenses Paid Out | | $ 800.10 |
| | BUDGET | | $ 1,800.00 |
| | Difference | | $ 999.90 |

# TRAVEL/TRANSPORT/ENT EXP



**CHASE**

Printed from Chase Personal Online

TOTAL CHECKING (...        )

**$6,132.36**
Available balance

**$6,132.36**
Present balance

**+$0.00**
Deposits this month

Off
Debit card coverage

**-$15,802.16**
Withdrawals this month

Off
Overdraft protection

## Account activity

SHOWING     Search

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 28, 2019 | | | | |
| | | debit | | |
| | BLACK WALNUT CAFE PE PEACHTREE COR GA 06/27 (...2406) | Card | -$24.42 | $29,111.07 |
| | | credit | | |
| Jun 26, 2019 | THE EL FELIX ALPHARETTA GA 06/25 (...2406) | Card | -$45.29 | $9,135.49 |
| Jun 18, 2019 | | | | |
| | HERTZ RENT-A-CAR SAINT PAUL MN 06/16 (...2406) | Card | -$265.59 | $9,248.97 |
| Jun 17, 2019 | APPLEBEES FORE19219484 FOREST LAKE MN 06/15 (...2406) | Card | -$70.12 | $9,514.56 |
| | NORMAN QUACKS CHOPHOUS 651-9826777 MN 06/14 (...2406) | Card | -$160.24 | $9,584.68 |
| Jun 14, 2019 | USA*SNACK SODA VENDIN CHISAGO CITY MN 06/13 (...2406) | Card | -$6.30 | $9,744.92 |
| | USA*SNACK SODA VENDIN CHISAGO CITY MN 06/13 (...2406) | Card | -$4.80 | $9,751.22 |
| | 60053 - GRAND PLACE GAR SAINT PAUL MN 06/13 (...2406) | Card | -$3.00 | $9,756.02 |
| | CAFE LATTE SAINT PAUL MN 06/13 (...2406) | Card | -$17.19 | $9,759.02 |
| | GOLDBERGS - 88 ATLANTA GA 06/14 (...2406) | Card | -$3.88 | $9,776.21 |
| | MARLOW'S TAVERN M9 ATLANTA GA 06/11 (...2406) | Card | -$39.70 | $9,780.09 |
| Jun 13, 2019 | ASIAN CAFE DUNWOODY GA 06/12 (...2406) | Card | -$44.07 | $9,819.79 |

7/9/2019

TOTAL CHECKING | chase.com

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 11, 2019 | CRACKER BARREL # 5631 CARTERSVILLE GA457196 06/11 (...2406) | Card | −$28.83 | $9,083.11 |

Jun 3, 2019

| | | | | |
|------|-------------|------|--------|---------|
| GALLAS PIZZA PERIMETER- ATLANTA GA 06/02 (...2406) | | Card | −$26.74 | $24,708.37 |
| BP#1716745CK 2211904 DUNWOODY GA 06/02 (...2406) | | Card | −$50.75 | $24,735.11 |
| CHEESECAKE PERIMETER ATLANTA GA 06/03 (...2406) | | Card | −$9.18 | $24,785.86 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

**SK LEDGER**   **GIFTS MAY 2019**

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT | |
|---|---|---|---|---|
| Line 1 | | Jun-19 | | |
| Line 2 | | Jun-19 | $ | - |
| Line 3 | | Jun-19 | $ | - |
| Line 4 | | Jun-19 | $ | - |
| Line 5 | | Jun-19 | $ | - |
| Line 6 | | Jun-19 | $ | - |
| Line 7 | | Jun-19 | $ | - |
| Line 8 | | Jun-19 | $ | - |
| Line 9 | | Jun-19 | $ | - |
| Line 10 | | Jun-19 | $ | - |
| | | Total Expenses Paid Out | $ | - |
| | | BUDGET | $ | - |
| | | | $ | - |

SK LEDGER    UTILITIES MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | |
| Line 2 | | Jun-19 | |
| Line 3 | | Jun-19 | |
| Line 4 | | Jun-19 | |
| Line 5 | | Jun-19 | |
| Line 6 | | Jun-19 | |
| Line 7 | | Jun-19 | |
| Line 8 | | Jun-19 | |
| Line 9 | | Jun-19 | |
| Line 10 | | Jun-19 | |
| | | BUDGET | $ 1,220.00 |
| | | Difference | $ 1,220.00 |
| | *See Questionare Explanation | | |

SK LEDGER      VEHICLE EXPENSES (REPAIRS) MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | XPRESSPA (CAR MAINT) | Jun-19 | $      165.60 |
| Line 2 | | Jun-19 | |
| Line 3 | | Jun-19 | |
| Line 4 | | Jun-19 | |
| Line 5 | | Jun-19 | |
| Line 6 | | Jun-19 | |
| Line 7 | | Jun-19 | |
| Line 8 | | Jun-19 | |
| Line 9 | | Jun-19 | |
| Line 10 | | Jun-19 | |
| | Total Expenses Paid Out | | $      165.60 |
| | BUDGET | | $         - |
| | | | $   (165.60) |
| | *See Questionare Explanation | | |

# VEHICLE EXP

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|

Jun 3, 2019

| | Description | Type | Amount | Balance |
|--|-------------|------|--------|---------|
| | XPRESSPA 313030 ATLANTA GA 06/03 (...2406) | Card | −$165.60 | $9,542.77 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

**SK LEDGER    VEHICLE PAYMENTS MAY 2019**

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | | Jun-19 | |
| Line 2 | | Jun-19 | |
| Line 3 | | Jun-19 | |
| Line 4 | | Jun-19 | |
| Line 5 | | Jun-19 | |
| Line 6 | | Jun-19 | |
| Line 7 | | Jun-19 | |
| Line 8 | | Jun-19 | |
| Line 9 | | Jun-19 | |
| Line 10 | | Jun-19 | |
| | Total Expenses Paid Out | $ | - |
| | BUDGET | $ | 1,500.00 |
| | | $ | 1,500.00 |

*See Questionare Explanation

SK LEDGER      PROFESSIONAL FEES MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | Rountree Leitman & Klein, LLC (LEGAL FEES) | Jun-19 | $  7,000.00 |
| Line 2 | OFFICAL CHECK FEE | Jun-19 | $        8.00 |
| Line 3 |  | Jun-19 |  |
| Line 4 |  | Jun-19 |  |
| Line 5 |  | Jun-19 |  |
| Line 6 |  | Jun-19 |  |
| Line 7 |  | Jun-19 |  |
| Line 8 |  | Jun-19 |  |
| Line 9 |  | Jun-19 |  |
| Line 10 |  | Jun-19 |  |
|  | Total Expenses Paid Out | | $  7,008.00 |
|  | BUDGET | | $          - |
|  |  | | $ (7,008.00) |

*See Questionare Explanation

# PROFESSIONAL FEES



Printed from Chase Personal Online

---

TOTAL CHECKING (...

| $6,132.36 | +$0.00 | -$15,802.16 |
| Available balance | Deposits this month | Withdrawals this month |
| $6,132.36 | | |
| Present balance | Off | Off |
| | Debit card coverage | Overdraft protection |

Account activity

SHOWING    Search

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 28, 2019 | OFFICIAL CHECKS CHARGE | Fee | −$8.00 | $22,103.07 |
| | WITHDRAWAL 06/28 | Misc. debit | −$7,000.00 | $22,111.07 |

SK LEDGER      OTHER EXPENSES (MISC) MAY 2019

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| LINE 1 | UHAL STORAGE | Jun-19 | $   159.95 |
| LINE 2 | WIRE FEE | Jun-19 | $    25.00 |
| LINE 3 | Payment to Deborah King towards household expenses | Jun-19 | $ 15,000.00 |
| LINE 4 | SPORTS CLIPS (HAIR CUT) | Jun-19 | $    32.00 |
| | | Total Expenses Paid Out | $ 15,216.95 |
| | | BUDGET | $      - |
| | | Difference | $ (15,216.95) |
| | *See Questionare Explanation | | |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 4, 2019 | U-HAUL MOVING & STORA 800-528-0463 GA 06/01 (...2406) | Card | −$159.95 | $9,357.82 ① |
| Jun 3, 2019 | ONLINE DOMESTIC WIRE FEE | Fee | −$25.00 | $9,517.77 ② |
| | ONLINE DOMESTIC WIRE TRANSFER VIA: FECU ATL/261171338 A/C: DEBORAH A KING SANDY SPRINGS GA 30350 US IMAD: 0603B1QGC08C003433 TRN: 4686900154ES 06/03 | Outgoing wire transfer | −$15,000.00 | $9,708.37 ③ |
| | SPORT CLIPS - GA103 - O ATLANTA GA 06/02 (...2406) | Card | −$32.00 | $24,801.57 ④ |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

SK LEDGER    TAXES

| Line Items | Cash Disbursements | PYMT MONTH | PAYMENT |
|---|---|---|---|
| Line 1 | CINCINNATI FEDER AUTO | Jun-19 | $ 219.44 |
| Line 2 | | Apr-19 | $ - |
| Line 3 | | Apr-19 | $ - |
| Line 4 | | Apr-19 | $ - |
| Line 5 | | Apr-19 | $ - |
| Line 6 | | Apr-19 | $ - |
| Line 7 | | Apr-19 | $ - |
| Line 8 | | Apr-19 | $ - |
| Line 9 | | Apr-19 | $ - |
| Line 10 | | Apr-19 | $ - |
| | Total Expenses Paid Out | | $ 219.44 |
| | BUDGET | | $ 5,000.00 |
| | Difference | | $ 4,780.56 |

TAXES

| Date | Description | Type | Amount | Balance |
|---|---|---|---|---|
| Jun 10, 2019 | CINCINNATI FEDER AUTO TRSFR PPD ID: 038 | ACH debit | –$219.44 | $9,111.94 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.                    Equal Opportunity Lender

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month June-19 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $0.00 | $0.00 |
| | | |
| **BUSINESS CASH RECEIPTS** | $0.00 | $0.00 |
| Cash Sales | $0.00 | $0.00 |
| Account Receivable Collection | $0.00 | $0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | $0.00 | $0.00 |
| Rental Income | $0.00 | $0.00 |
| Sale of Business Assets (attach list to this report) | $0.00 | $0.00 |
| Other (specify) (attach list to this report) | $0.00 | $0.00 |
| | | |
| **Total Business Receipts** | $0.00 | $0.00 |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | $0.00 | $0.00 |
| Net Payroll (Excluding Self) | $0.00 | $0.00 |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | $0.00 | $0.00 |
| Taxes - Payroll | $0.00 | $0.00 |
| Taxes - Sales | $0.00 | $0.00 |
| Taxes Other (attach schedule) | $0.00 | $0.00 |
| Contract Labor (Subcontractors) | $0.00 | $0.00 |
| Inventory Purchases | $0.00 | $0.00 |
| Secured/Lease Payments (Business) | $0.00 | $0.00 |
| Utilities (Business) | $0.00 | $0.00 |
| Insurance | $0.00 | $0.00 |
| Vehicle Expenses | $0.00 | $0.00 |
| Travel & Entertainment | $0.00 | $0.00 |
| Repairs and Maintenance | $0.00 | $0.00 |
| Supplies | $0.00 | $0.00 |
| Charitable Contributions/Gifts | $0.00 | $0.00 |
| Purchase of Fixed Assets | $0.00 | $0.00 |
| Advertising | $0.00 | $0.00 |
| Bank Charges | $0.00 | $0.00 |
| Other (attach schedule) | $0.00 | $0.00 |
| | | |
| **Total Business Disbursements** | $0.00 | $0.00 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $0.00 | $0.00 |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | | | |
|---|---|---|---|
| | Jun-19 | YES* | NO |
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | | |
|---|---|---|---|
| | | YES | NO* |
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in affect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOMEOWNERS INSURANCE & PERSONAL PROPERTY,     STATEFARM | 1/4/19-1/4/20 | $3,067.00   ANNUALLY | $0.00 |
| CONDO INSURANCE                                      STATEFARM | 4/7/18-4/7/19 | $90.00   MONTHLY | $0.00 |
| | | | |

____ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |
| |
| Estimated Date of Filing the Plan of Reorganization and Disclosure Statement:   UNKNOWN |

2. Have any funds been disbursed from any account other than a debtor in possession account?

Answer: YES

**Explanation:**

Income reported as household income. Filee is responsible party and reimburses spouse Deborah King for any household expenses paid from her account.

Please see detailed transactions for the month of MAY 2019 paid by Deborah King on Stephen Kings behalf

Account Holder: Deborah King

| # | Account Type | Item Paid | ACCOUNT DISTRIBUTION | Amount Paid |
|---|---|---|---|---|
| 1 | AMERICAN EXPRESS | AAA Life Insurace | Insurance | $ 158.00 |
| 2 | AMERICAN EXPRESS | ADT SECURITY | Household Repairs & | $ 66.99 |
| 3 | AMERICAN EXPRESS | COMCAST | Utilities (Electric, Gas, | $ 403.92 |
| 4 | AMERICAN EXPRESS | COMCAST | Utilities (Electric, Gas, | $ 261.75 |
| 5 | AMERICAN EXPRESS | COMCAST | Utilities (Electric, Gas, | $ 245.97 |
| 6 | AMERICAN EXPRESS | CIRTRUS FRESH CARPET CLEANING | Household Repairs & Maintenance | $ 354.91 |
| 7 | AMERICAN EXPRESS | CRASHPLAN | Other Payment Category | $ 19.98 |
| 8 | AMERICAN EXPRESS | CROSS WORLD | Charitable Contributions | $ 515.00 |
| 9 | AMERICAN EXPRESS | COMFORT INN AND SUITES | Travel/Transportation & Entertainment | $ 309.06 |
| 10 | AMERICAN EXPRESS | ENTERPRISE RENT A CAR | Vehicle Secured Payment (s) | $ 1,024.86 |
| 11 | AMERICAN EXPRESS | FANDANGO | Travel/Transportation & Entertainment | $ 39.56 |
| 12 | AMERICAN EXPRESS | FANDANGO | Travel/Transportation & Entertainment | $ 30.10 |
| 13 | AMERICAN EXPRESS | FANDANGO | Travel/Transportation & Entertainment | $ 26.86 |
| 14 | AMERICAN EXPRESS | GAS SOUTH | Utilities (Electric, Gas, Water, Cable, Sanitation) | $ 89.18 |
| 15 | AMERICAN EXPRESS | THE HOME DEPOT | Household Repairs & Maintenance | $ 493.01 |
| 16 | AMERICAN EXPRESS | THE HOME DEPOT | Household Repairs & Maintenance | $ 32.26 |
| 17 | AMERICAN EXPRESS | THE HOME DEPOT | Household Repairs & Maintenance | $ 163.66 |
| 18 | AMERICAN EXPRESS | THE HOME DEPOT | Household Repairs & Maintenance | $ 101.29 |
| 19 | AMERICAN EXPRESS | KROGER | Household Expenses/Food/Clothing | $ 22.26 |
| 20 | AMERICAN EXPRESS | NORTHPOINT COMMUNITY | Charitable Contributions | $ 300.00 |
| 21 | AMERICAN EXPRESS | NETFIX | Travel/Transportation & Entertainment | $ 15.99 |
| 22 | AMERICAN EXPRESS | ORKIN, LLC | Household Repairs & Maintenance | $ 62.40 |
| 23 | AMERICAN EXPRESS | REVEILLE CAFÉ | Household Expenses/Food/Clothing | $ 32.78 |
| 24 | AMERICAN EXPRESS | RANSOMED HEART | Charitable Contributions | $ 9.00 |

| # | Account Type | Item Paid | ACCOUNT DISTRIBUTION | Amount Paid |
|---|---|---|---|---|
| 25 | AMERICAN EXPRESS | SPROUTS | Household Expenses/Food/Clothing | $ 111.09 |
| 26 | AMERICAN EXPRESS | SYSTEM ONE | Professional Fees (Legal, Accounting) | $ 1,000.00 |
| 27 | AMERICAN EXPRESS | SPIRITUAL INNOVATIONS | Charitable Contributions | $ 1,000.00 |
| 28 | AMERICAN EXPRESS | SPIRITUAL INNOVATIONS | Charitable Contributions | $ 1,000.00 |
| 29 | AMERICAN EXPRESS | PANERA BREAD | Household Expenses/Food/Clothing | $ 27.87 |
| 30 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 34.00 |
| 31 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 173.75 |
| 32 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 112.64 |
| 33 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 99.00 |
| 34 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 95.83 |
| 35 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 87.00 |
| 36 | AMERICAN EXPRESS | SHIPT-TIP | Household Expenses/Food/Clothing | $ 439.63 |
| 37 | AMERICAN EXPRESS | SHELL-OIL | Household Expenses/Food/Clothing | $ 50.73 |
| 38 | AMERICAN EXPRESS | THE UPS STORE | Other Payment Category | $ 47.07 |
| 39 | AMERICAN EXPRESS | VERIZON WIRELESS | Utilities (Electric, Gas, Wat | $ 552.74 |
| 40 | AMERICAN EXPRESS | WALGREENS | Medical/Dental | $ 18.43 |
| 41 | AMERICAN EXPRESS | WALGREENS | Medical/Dental | $ 68.41 |
| 42 | AMERICAN EXPRESS | DELTA AIRLINES | Travel/Transportation & Entertainment | $ 407.30 |
| 43 | ASSOCIATED CREDIT UNION | Check #2562 DAVID & LINDSAY DUFFETT | MEDICAL | $ 466.50 |
| 44 | ASSOCIATED CREDIT UNION | GPC | Utilities (Electric, Gas, Water, Cable, Sanitation) | $ 302.22 |
| 45 | ASSOCIATED CREDIT UNION | MORTGAGE | Mortgage Payment (s) | $ 3,938.81 |
| 46 | ASSOCIATED CREDIT UNION | COSTCO | Household Expenses/Food/Clothing | $ 336.79 |
| | | | TOTAL | $ 15,148.60 |
| | | | Payment From Stephen King for Household Expenses | $ 15,000.00 |
| | | | Variance | $ (148.60) |



 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 10 2019 | AAA LIFE INSURANCE CO - (800)624-1662, MI | $158.00 |

Doing business as:

**AAA LIFE INSURANCE COMPANY**
View Details on Merchant Website

17900 N LAUREL PARK DR

LIVONIA

MI

48152

UNITED STATES

800.624.1662

Additional Information: 4035647686 INSURANCE

INSURANCE

Reference: 320191610906272554

Membership Rewards® Points
158

 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 1 2019 | ADT SECURITY*202576572 - WWW.ADT.COM, FL | $66.99 |

Doing business as:

**Adt Security Services**
View Details on Merchant Website

Membership Rewards® Points
67

1501 YAMATO ROAD

BOCA RATON

FL

33431

UNITED STATES

800.238.2455

Additional Information: 029D5CU0 SECURITY

SECURITY

Reference: 320191530777633033



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 25 2019 | COMCAST CABLE COMM - 800-COMCAST, GA | $403.92 |

Doing business as:

**COMCAST ATLANTA REC**

2925 COURTYARDS DR

-

NORCROSS

GA

30071-1555

UNITED STATES

800.266.2278

Additional Information: 985695824XA CABLE SVCS

CABLE SVCS

Reference: 320191770198886840

 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN29 2019 | COMCAST CABLE COMM - 800-COMCAST, GA | $261.75 |

Doing business as:

**COMCAST ATLANTA REC**

2925 COURTYARDS DR

-

NORCROSS

GA

30071-1555

UNITED STATES

800.266.2278

Additional Information: 908638941XA CABLE SVCS
CABLE SVCS
Reference: 320191810269228394



**Transaction Details Prepared for**
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| MAY 29 2019 | COMCAST CABLE COMM ~ 800-COMCAST, GA | $245.97 |

Doing business as:

**COMCAST ATLANTA REC**

2925 COURTYARDS DR

NORCROSS

GA

30071-1555

UNITED STATES

800.266.2278

Additional Information: 91028840WW1 CABLE SVCS
CABLE SVCS
Reference: 320191500723604201

Membership Rewards® Points
246



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 26 2019 | CITRUS FRESH CARPET CLEANING, INC - Atlanta, GA | $354.91 |

Doing business as:

**CITRUS FRESH CARPET CLEANING, INC**

175 W WIEUCA RD NE, 138

ATLANTA

GA

30342

UNITED STATES OF AMERICA (THE)

404.606.2155

Additional Information: gGPTUE9IXlt squareup.com/receipts

squareup.com/receipts

Reference: 320191770191304716



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 3 2019 | DRI*CRASHPLAN FOR SB – CRASHPLAN.COM, MN | $19.98 |

Doing business as:

**DIGITAL RIVER PACIFIC**
View Details on Merchant Website

10380 BREN ROAD WEST

HOPKINS

MN

55343

UNITED STATES

952.253.1234

Additional Information:
GC625059029GC62505902900 55343
GC62505902900 55343
Reference: 320191560820946505

Membership Rewards® Points
20



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 12 2019 | CROSS WORLD 084870017719012 - KANSAS CITY, MO | $515.00 |

Doing business as:

**CROSS WORLD**

10000 N OAK TRAFFICWAY

KANSAS CITY

MO

64155

UNITED STATES

816.479.7059

Additional Information:
73011009164 ACTIVATION@PAYMENTSPR
ACTIVATION@PAYMENTSPRING.
Reference: 320191640960471496

Membership Rewards® Points
515



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-21004**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUN 15 2019 | COMFORT INN AND SUITES 635979 - CHISAGO CITY, MN | DEBORAH A KING | $309.06 |

Doing business as:

**Comfort Inn**

29579 SPORTSMAN DR

-

CHISAGO CITY

MN

55013

UNITED STATES

651.213.3400

Additional Information: 0419860174 (651)213-3400
Reference: 320191670013760863

**Itinerary Details**

Arrival

06/13/19

Departure

06/15/19

**LODGING**
(651)213-3400

 **Transaction Details Prepared for**
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

*10*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 11 2019 | ENTERPRISE 078699 01810078699 - DUNWOODY, GA | $1,024.86 |

Doing business as:

**Enterprise Rent A Car**
View Details on Merchant Website

1400 DUNWOODY VILLAGE PKW

-

ATLANTA

GA

30338-4123

UNITED STATES

770.394.2279

Additional Information: 031992708 770-3942279
Reference: 320191630952996085

**Rental Details**

Pick up

> **DUNWOODY GA**

Return

> **DUNWOODY GA**

Agreement Number: 5QHH1B
Renter Name:KINGSTEVEN



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 9 2019 | AplPay FANDANGO - BEVERLY HIL, CA | $39.56 |

Doing business as:

**REGAL**

7132 MIKE CAMPBELL DR

KNOXVILLE

TN

37918-5803

UNITED STATES

000,000,0000

Additional Information: 4F5E6E0P 866-857-5191

866-857-5191

Reference: 320191610919553326

Membership Rewards® Points
40

**Transaction Details**

**Description**

FANDANGO



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 26 2019 | AplPay FANDANGO - BEVERLY HIL, CA | $30.10 |

Doing business as:

**FANDANGO/AMC**

View Details on Merchant Website

711 5TH AVE

NEW YORK

NY

10022-3111

UNITED STATES

866.857.5191

Additional Information: 9M80GBE2 866-857-5191

866-857-5191

Reference: 320191770198308300

**Transaction Details**

**Description**

FANDANGO



 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 8 2019 | AplPay FANDANGO - BEVERLY HIL, CA | $26.86 |

Doing business as:

**FANDANGO/AMC**
View Details on Merchant Website

711 5TH AVE

NEW YORK

NY

10022-3111

UNITED STATES

866.857.5191

Additional Information: 95YKXQVZ 866-857-5191

866-857-5191

Reference: 320191590873067079

Membership Rewards® Points
27

### Transaction Details

### Description

FANDANGO



 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 13 2019 | GAS SOUTH - (877)472-4932, GA | $89.18 |

Doing business as:

**GAS SOUTH**

View Details on Merchant Website

3625 CUMBERLAND BLVD SE STE 1500

ATLANTA

GA

30339

UNITED STATES

877.472.4932

Additional Information: 18099097 UTILITY

UTILITY

Reference: 320191650990085580

Membership Rewards® Points
89



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN27 2019 | THE HOME DEPOT - ROSWELL, GA | $493.01 |

Doing business as:

**THE HOME DEPOT**

1580 HOLCOMB BRIDGE RD

-

ROSWELL

GA

30076-4706

UNITED STATES

800.654.0688

Additional Information: 06270175543 800-654-0688

800-654-0688

Reference: 320191790224653802



 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 25 2019 | THE HOME DEPOT - ROSWELL, GA | $32.26 |

Doing business as:

**THE HOME DEPOT**

1580 HOLCOMB BRIDGE RD

-

ROSWELL

GA

30076-4706

UNITED STATES

800.654.0688

Additional Information: 06250175521 800-654-0688

800-654-0688

Reference: 320191770189192227



 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 26 2019 | THE HOME DEPOT - ROSWELL, GA | $163.66 |

Doing business as:

**THE HOME DEPOT**

1580 HOLCOMB BRIDGE RD

ROSWELL

GA

30076-4706

UNITED STATES

800.654.0688

Additional Information: 05260175556 800-654-0688
800-654-0688
Reference: 320191470664980992

Membership Rewards® Points
164



 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 13 2019 | THE HOME DEPOT #0115 - DORAVILLE, GA | $101.29 |

Doing business as:

**HOME DEPOT**

View Details on Merchant Website

4343 TILLY MILL RD

-

ATLANTA

GA

30360-2609

UNITED STATES

800.654.0688

Additional Information: 05130011534 800-654-0688
800-654-0688
Reference: 320191340437972853

Membership Rewards® Points
101



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 13 2019 | KROGER - ATLANTA, GA | $22.26 |

Doing business as:

**KROGER**

View Details on Merchant Website

2090 DUNWOODY CLUB DR STE 109

ATLANTA

GA

30350

UNITED STATES

866.611.1979

Additional Information: 999999991338666111979

8666111979

GROCERY STORES

Reference: 320191340449102928

Membership Rewards® Points

22

 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 15 2019 | NORTH POINT COMMUNITY - 678-892-5600, GA | $300.00 |

Doing business as:

**NORTH POINT MINISTRIES**
View Details on Merchant Website

4350 N POINT PKWY

ALPHARETTA

GA

30022-4101

UNITED STATES

678.892.5600

Additional Information:
851792491671768975133 224101
1768975133 224101
Reference: 320191670011436974

Membership Rewards® Points
300



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 2 2019 | NETFLIX.COM - 866-579-7172, CA | $15.99 |

Doing business as:

**NETFLIX.COM 866-579-7172**
View Details on Merchant Website

100 WINCHESTER CIR

LOS GATOS

CA

95032

UNITED STATES

888.638.3549

Additional Information: 29505220536 SUBSCRIPTION
SUBSCRIPTION
Reference: 320191530769975785

Membership Rewards® Points
16



**Transaction Details Prepared for**
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 7 2019 | ORKIN LLC 002 000000004 - ATLANTA, GA | $62.40 |

Doing business as:

**ORKIN**

View Details on Merchant Website

2170 PIEDMONT RD NE

ATLANTA

GA

30324-4135

UNITED STATES

866.953.6427

Additional Information: 1389482178 20334591 30350
20334591 30350

Reference: 320191590881532499

Membership Rewards® Points
62

 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 7 2019 | REVEILLE CAFE - JOHNS CREEK, GA | $32.78 |

Doing business as:

**J CHRISTOPHERS**
View Details on Merchant Website

9925 HAYNESBRIDGE RD #640

ALPHARETTA

GA

30022-1900

UNITED STATES

770.360.0970

Additional Information:
3860791 FAST FOOD RESTAURANT

FAST FOOD RESTAURANT

Reference: 320191590880984560

Membership Rewards® Points
33

**Transaction Details**

| | |
|---|---|
| FOOD/BEVERAGE | $26.78 |
| TIP | $6.00 |
| **Total** | **$32.78** |



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 14 2019 | RANSOMED HEART - COLORADO SPRINGS, CO | $9.00 |

Doing business as:

**RANSOMED HEART**

PO BOX 51065

COLORADO SPRINGS

CO

80949

UNITED STATES OF AMERICA (THE)

719.844.8111

Membership Rewards® Points
9

Additional Information: NT_FFRMFMYV +17198448111
+17198448111
Reference: 320191650978631024



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 28 2019 | SPROUTS FARMERS MKT#513 0000000026937 - NORCROSS, GA | $111.09 |

Doing business as:

**SPROUTS FARMERS MARKET**
View Details on Merchant Website

5130 PEACHTREE PKWY

NORCROSS

GA

30092

UNITED STATES

Additional Information: 000047253 9999999999
9999999999
Reference: 320191800256409806



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 25 2019 | SYSTEM ONE - PITTSBURGH, PA | $1,000.00 |

Doing business as:

**SYSTEM ONE**
View Details on Merchant Website.

210 6TH AVE FL 31

PITTSBURGH

PA

15222-2602

UNITED STATES

412.995.1900

Additional Information: 00099072 ORD190626114721 15222
ORD190626114721 15222
TIME
Reference: 320191780218724958



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 30 2019 | SPIRITUAL INNOVATIONS - CUMMING, GA | $1,000.00 |

Doing business as:

**SPIRITUAL INNOVATIONS**

3285 RIDGEFAIR DRIVE

CUMMING

GA

30040

UNITED STATES OF AMERICA (THE)

678.777.6625

Additional Information: NT_FLOWDOQJ 6787776625

6787776625

Reference: 320191810263133460

 **AMERICAN EXPRESS**

Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 30 2019 | SPIRITUAL INNOVATIONS - CUMMING, GA | $1,000.00 |

Doing business as:

**SPIRITUAL INNOVATIONS**

3285 RIDGEFAIR DRIVE

CUMMING

GA

30040

UNITED STATES OF AMERICA (THE)

678.777.6625

Additional Information: OPSNT_FACWA 6787776625
6787776625
Reference: 320191500716530392

Membership Rewards® Points
1,000



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 4 2019 | PANERA BREAD #600648 - DUNWOODY, GA | $27.87 |

Doing business as:

**SAINT LOUIS BREAD**

1625 MOUNT VERNON RD

ATLANTA

GA

30338

UNITED STATES

770.668.0076

Additional Information:
806711 000000000000000030338
000000000000000030338
Reference: 320191560828611582

Membership Rewards® Points
28

 **AMERICAN EXPRESS**

Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 10 2019 | SHIPT*TIP 18919190 – BIRMINGHAM, AL | $34.00 |

Doing business as:

**SHIPT**
View Details on Merchant Website

17 20TH ST N

-

BIRMINGHAM

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information: NT_FEMD3C4N +12055022500
+12055022500
Reference: 320191610906259941

Membership Rewards® Points
34



**Transaction Details Prepared for**
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

(31)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN10 2019 | SHIPT*ORDER - BIRMINGHAM, AL | $173.75 |

Doing business as:

**SHIPT**

View Details on Merchant Website

17 20TH ST N

.

**BIRMINGHAM**

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information: NT_FEKOHXKI +12055022500
+12055022500
Reference: 320191610907639975

Membership Rewards® Points
174



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 17 2019 | SHIPT*ORDER - BIRMINGHAM, AL | $112.64 |

Doing business as:

**SHIPT**

View Details on Merchant Website

17 20TH ST N

BIRMINGHAM

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information:
NT_FGWWZGVD +12055022500
+12055022500
Reference: 320191690052892350

Membership Rewards® Points
113



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 10 2019 | SHIPT* ANNUAL MEMBERSH - BIRMINGHAM, AL | $99.00 |

Doing business as:

**SHIPT**

View Details on Merchant Website

17 20TH ST N

-

BIRMINGHAM

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information: OPSNT_F2M2M +12055022500
+12055022500
Reference: 320191300384187162

Membership Rewards® Points
99



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 26 2019 | SHIPT*ORDER - BIRMINGHAM, AL | $95.83 |

Doing business as:

**SHIPT**

View Details on Merchant Website

17 20TH ST N

-

**BIRMINGHAM**

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information: NT_FKK6ZTHC +12055022500
+12055022500

Reference: 320191770189106345

35

 **Transaction Details Prepared for**
**Deborah A King**
**Account Number**
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 14 2019 | SHIPT*TIP 17994678 - BIRMINGHAM, AL | $87.00 |

Doing business as:

**SHIPT**
View Details on Merchant Website

17 20TH ST N

BIRMINGHAM

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information: OPSNT_F4FV8 +12055022500
+12055022500
Reference: 320191340437546757

Membership Rewards® Points
87

36

 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| MAY 14 2019 | SHIPT*ORDER - BIRMINGHAM, AL | $439.63 |

Doing business as:

**SHIPT**

View Details on Merchant Website

17 20TH ST N

-

BIRMINGHAM

AL

35203-4034

UNITED STATES

205.502.2500

Additional Information: OPSNT_F47IJ +12055022500
+12055022500
Reference: 320191340438271372

Membership Rewards® Points
440

 Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

(37)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 11 2019 | SHELL OIL 57542377601 - DORAVILLE, GA | $50.73 |

Doing business as:

**SHELL**

View Details on Merchant Website

12700 NORTHBOROUGH

ATTN: TEXACO CHARGEBACKS

HOUSTON

TX

77067

UNITED STATES

888.467.4355

Additional Information:
0699678 AUTO FUEL DISPENSER

AUTO FUEL DISPENSER

Reference: 320191630947428884

Membership Rewards® Points
51

38

 **AMERICAN EXPRESS**  Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN3 2019 | THE UPS STORE 3737 - DUNWOODY, GA | $47.04 |

Doing business as:

**THE UPS STORE**
View Details on Merchant Website

2472 JETT FERRY RD STE 400

DUNWOODY

GA

30338

UNITED STATES

770.730.0730

Additional Information: 804455 BUSINESS SERVICE

BUSINESS SERVICE

Reference: 320191550812132200

Membership Rewards® Points

47



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-21004**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| JUN 19 2019 | VERIZON WIRELESS - ATLANTA, GA | DEBORAH A KING | $552.74 |

Doing business as:

**VERIZON**

View Details on Merchant Website

123 PERIMETER CTR W

STE 100

ATLANTA

GA

30346

UNITED STATES

800.922.0204

Additional Information: 00687908 8009220204

8009220204

TELECOMMUNICATION EQUIPMENT AND TELEPHON

Reference: 320191710088415184



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUN 11 2019 | WALGREENS #7167 000007167 - DUNWOODY, GA | $18.43 |

Doing business as:

**WALGREENS**
View Details on Merchant Website

5511A CHAMBLEE DUNWOODY R

ATLANTA

GA

30338-4106

UNITED STATES

800.289.2273

Additional Information: 99999999163NONE 30338
NONE 30338
PHARMACIES
Reference: 320191630949033644

Membership Rewards® Points
18



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| JUN 7 2019 | WALGREENS #2359 000002359 - CHAMBLEE, GA | $68.41 |

Doing business as:

**WALGREENS**
View Details on Merchant Website

5373 PEACHTREE BLVD

ATLANTA

GA

30341-2139

UNITED STATES

800.289.2273

Additional Information: 99999999159NONE 30341
NONE 30341
PHARMACIES
Reference: 320191590880174238

Membership Rewards® Points
68



Transaction Details Prepared for
**Deborah A King**
Account Number
**XXXX-XXXXXX-72009**



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| MAY 29 2019 | DELTA AIR LINES - ATLANTA | $407.30 |

Doing business as:

**DELTA AIR LINES DELTA.COM**
View Details on Merchant Website

ATLANTA AIRPORT

-

ATLANTA

GA

30344

UNITED STATES

800.221.1212

Additional Information: 18002211212
DELTA AIR LINES
Reference: 320191490705615578

Membership Rewards® Points
2,035
You earned 5X points at Airfare!
Base
407
Bonus
1,628
Total
2,035

**Flight Details**

| DENVER INTL APT | ✈ | ATLANTA HARTSFIELD |

Passenger Name: KING/STEPHEN DAVID

Date of Departure: 06/06

Ticket Number: 00623735197536

Document Type: PASSENGER TICKET



Export-7

**Account Name:** ASSOCIATED CHECKING:
**Account Number:**
**Date Range:** 06/01/2019-06/28/2019

| Transaction Number | Date | Description | Memo | Amount Debit | Amount Credit | Balance | Check Number | Fees |
|---|---|---|---|---|---|---|---|---|
| 20190624000000{-5-$EST}-466.50*12562*Draft 002562 | 06/24/2019 | Draft 002562 | | -466.50 | | 7860.96 | 2562 | |
| 20190620000000{-5-$EST}-302.22*15*Withdrawal GPC | 06/20/2019 | Withdrawal GPC | TYPE: GPC EFT ID: 1680267110 CO: GPC ACH Trace Number 111000016439479 | -302.22 | | 11622.5 | | |
| 20190607000000{-5-$EST}1600.00*061*Deposit Incoming Wire | 06/07/2019 | Deposit Incoming Wire | *Wire from GT-FINANSIAL-LLC | | 1600 | | | |
| 20190606000000{-5-$EST}-3938.81*15*Withdrawal WF HOME MTG | 06/06/2019 | Withdrawal WF HOME MTG | TYPE: AUTO PAY ID: WGS2316540 CO: WF HOME MTG ACH Trace Number 091000016654936 | -3938.81 | | 1711.07 | | |
| 20190603000000{-5-$EST}1500.00*061*Deposit Incoming Wire | 06/03/2019 | Deposit Incoming Wire | *Wire from SEPH-DAVD-HING* | | 1500 | 23896.6 | | |
| 20190601000000{-5-$EST}-336.79*13*Withdrawal #516216096605 | 06/01/2019 | Withdrawal #516216096605 | COSTCO WHSE #0169 ATLANTA GA Card 0024 | -336.79 | | 10388.5 | | |

1

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | CHASE | N/A | N/A | N/A |
| Account Number: | 12 | | | |
| Purpose of Account (Business/Personal) | PERSONAL | | | |
| Type of Account (e.g. checking) | CHECKING | | | |
| | | | | |
| 1.  Balance per Bank Statement | $22,103.07 | | | |
| 2.  ADD:  Deposits not credited (attach list to this report) | | | | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | | | | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | $22,103.07 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $22,103.07 |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

SK LEDGER                BALANCE CARRIED FORWARD JUNE 2019

| Line Items | Cash Disbursements | PYMT MONTH | ACCOUNT BALANCE |
|---|---|---|---|
| Line 1 | CHASE ACCOUNT | Jun-19 | $ 22,103.07 |
| Line 2 | | Jun-19 | |
| Line 2 | | Jun-19 | |
| | **Total BALANCE CARRIED FORWARD** | | $ 22,103.07 |

# CHASE ○

Printed from Chase Personal Online

---

## TOTAL CHECKING

**$4,847.58**
Available balance

**$4,847.58**
Present balance

+$0.00

Deposits this month

Off

Debit card coverage

-$16,262.29

Withdrawals this month

Off

Overdraft protection

## Account activity

SHOWING    Search

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 28, 2019 | OFFICIAL CHECKS CHARGE   *Pro fees* | Fee | −$8.00 | $22,103.07 |
| | WITHDRAWAL 06/28   *Professional Fees* | Misc. debit | −$7,000.00 | $22,111.07 |
| | BLACK WALNUT CAFE PE PEACHTREE COR GA 06/27 (...2406)   *Meal* | Card | −$24.42 | $29,111.07 |
| | GS MINING COMPAN SENDER PPD ID: S941687665   *duly Payment.* | ACH credit | $20,000.00 | $29,135.49 |
| Jun 26, 2019 | THE EL FELIX ALPHARETTA GA 06/25 (...2406)   *Meal* | Card | −$45.29 | $9,135.49 |
| Jun 25, 2019 | WALGREENS #7167 DUNWOODY GA 06/24 (...2406)   *Med* | Card | −$37.93 | $9,180.78 |
| Jun 18, 2019 | WALGREENS #7167 DUNWOODY GA 06/17 (...2406)   *Med* | Card | −$30.26 | $9,218.71 |
| | HERTZ RENT-A-CAR SAINT PAUL MN 06/16 (...2406)   *Other* | Card | −$265.59 | $9,248.97 |
| Jun 17, 2019 | APPLEBEES FORE19219484 FOREST LAKE MN 06/15 (...2406)   *Meal* | Card | −$70.12 | $9,514.56 |
| | NORMAN QUACKS CHOPHOUS 651-9826777 MN 06/14 (...2406)   *Meal* | Card | −$160.24 | $9,584.68 |
| Jun 14, 2019 | USA*SNACK SODA VENDIN CHISAGO CITY MN 06/13 (...2406)   *Meal* | Card | −$6.30 | $9,744.92 |
| | USA*SNACK SODA VENDIN CHISAGO CITY MN 06/13 (...2406)   *Meal* | Card | −$4.80 | $9,751.22 |
| | 60053 - GRAND PLACE GAR SAINT PAUL MN 06/13 (...2406)   *Meal* | Card | −$3.00 | $9,756.02 |
| | CAFE LATTE SAINT PAUL MN 06/13 (...2406)   *Meal* | Card | −$17.19 | $9,759.02 |
| | GOLDBERGS - 88 ATLANTA GA 06/14 (...2406)   *Meal* | Card | −$3.88 | $9,776.21 |
| | MARLOW'S TAVERN M9 ATLANTA GA 06/11 (...2406)   *Meal* | Card | −$39.70 | $9,780.09 |
| Jun 13, 2019 | ASIAN CAFE DUNWOODY GA 06/12 (...2406)   *Meal* | Card | −$44.07 | $9,819.79 |
| | REMOTE ONLINE DEPOSIT # 1   *Med Reb.* | Deposit | $380.75 | $9,863.86 |
| Jun 12, 2019 | REMOTE ONLINE DEPOSIT # 1   *Rent.* | Deposit | $400.00 | $9,483.11 |

| Date | Description | Type | Amount | Balance |
|------|-------------|------|--------|---------|
| Jun 11, 2019 | CRACKER BARREL # 5631 CARTERSVILLE GA457196 06/11 (...2406) | Card *Meal* | −$28.83 | $9,083.11 |
| Jun 10, 2019 | CINCINNATI FEDER AUTO TRSFR PPD ID: 038 | ACH debit *Taxes* | −$219.44 | $9,111.94 |
| Jun 5, 2019 | WALGREENS #7167 DUNWOODY GA 06/04 (...2406) | Card *Med* | −$26.44 | $9,331.38 |
| Jun 4, 2019 | U-HAUL MOVING & STORA 800-528-0463 GA 06/01 (...2406) | Card *Other* | −$159.95 | $9,357.82 |
| Jun 3, 2019 | ONLINE DOMESTIC WIRE FEE | Fee *Other* | −$25.00 | $9,517.77 |
|  | XPRESSPA 313030 ATLANTA GA 06/03 (...2406) | Card *Cor. Mt.* | −$165.60 | $9,542.77 |
|  | ONLINE DOMESTIC WIRE TRANSFER VIA: FECU ATL/261171338 A/C: DEBORAH A KING SANDY SPRINGS GA 30350 US IMAD: 0603B1QGC08C003433 TRN: 4686900154ES 06/03 | Outgoing wire transfer *Other* | −$15,000.00 | $9,708.37 |
|  | GALLAS PIZZA PERIMETER- ATLANTA GA 06/02 (...2406) | Card *Meal* | −$26.74 | $24,708.37 |
|  | BP#1716745CK 2211904 DUNWOODY GA 06/02 (...2406) | Card *Gas* | −$50.75 | $24,735.11 |
|  | CHEESECAKE PERIMETER ATLANTA GA 06/03 (...2406) | Card *Meal* | −$9.18 | $24,785.86 |
|  | KROGER CO 324 ATLANTA GA 817681 06/02 (...2406) | Card *Food* | −$6.53 | $24,795.04 |
|  | SPORT CLIPS - GA103 - O ATLANTA GA 06/02 (...2406) | Card *Other* | −$32.00 | $24,801.57 |
|  | GS MINING COMPAN SENDER PPD ID: S941687665 | ACH credit *Deposit* | $20,000.00 | $24,833.57 |

JPMorgan Chase Bank, N.A. Member FDIC          ©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

MONTHLY OPERATING REPORT –
INDIVIDUAL

ATTACHMENT NO. 3A

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | No Checks Disbursed for May 2019 |
|---|---|
| Account Number | |
| Purpose of Account (Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | No Checks Disbursed for May 2019 |
|---|---|
| Account Number | |
| Purpose of Account (Business) | OPERATING |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                    **ATTACHMENT NO. 3C**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | No Checks Disbursed for May 2019 |
|---|---|
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month 1-Jun-19 |
|---|---|---|
| Accounts Receivable Beginning Balance | $0.00 | $0.00 |
| Plus: Billings During the Month | $0.00 | $0.00 |
| Less: Collections During the Month | $0.00 | $0.00 |
| Adjustments or WriteOffs* | $0.00 | $0.00 |
| Accounts Receivable Ending Balance** | $0.00 | $0.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month 1-Jun-19 |
|---|---|---|
| 0 - 30 Days | $0.00 | $0.00 |
| 31 - 60 Days | $0.00 | $0.00 |
| 61 - 90 Days | $0.00 | $0.00 |
| Over 90 Days | $0.00 | $0.00 |
|  |  |  |
| Total Accounts Receivable** | $0.00 | $0.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | $0.00 | $0.00 |
| Withholding** | $0.00 | $0.00 |
| FICA - Employee | $0.00 | $0.00 |
| FICA - Employer | $0.00 | $0.00 |
| Unemployment | $0.00 | $0.00 |
| Income | $0.00 | $0.00 |
| Other (Attach List) | $0.00 | $0.00 |
| **Total Federal Taxes** | $0.00 | $0.00 |
|  |  |  |
| **State & Local Taxes** | $0.00 | $0.00 |
| Withholding | $0.00 | $0.00 |
| Sales | $0.00 | $0.00 |
| Unemployment | $0.00 | $0.00 |
| Real Property | $0.00 | $0.00 |
| Personal Property | $0.00 | $0.00 |
| Other (Attach List) | $0.00 | $0.00 |
| **Total State & Local Taxes** | $0.00 | $0.00 |
| **Total Post-Petition Taxes** | $0.00 | $0.00 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT -
INDIVIDUAL

ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | N/A | N/A | N/A |
| Accounts Payable Beginning Balance* | $0.00 | $0.00 | $0.00 |
| Plus: New Indebtedness During the Month | $0.00 | $0.00 | $0.00 |
| Less: Amount Paid on Acct. Payables in Month | $0.00 | $0.00 | $0.00 |
| Adjustments or WriteOffs** | $0.00 | $0.00 | $0.00 |
| Accounts Payable Ending Balance | $0.00 | $0.00 | $0.00 |

*  The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| (List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid)*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



Page 1 of 4      11/30/18
GA

**BB&T**

820-09-01-00 17109 0 C 001 29   50 004
MASTER MEDICAL INC
1735 BUFORD HWY STE 215-262
CUMMING GA  30041-1266

# Your consolidated statement
For 11/30/2018

**Contact us**
 BBT.com

☎ (800) BANK-BBT or
(800) 226-5228

---

### Elimination of a BB&T Debit Card Replacement Fee

BB&T is pleased to announce that effective **Jan. 1, 2019;** the Debit Card Replacement Fee **will be eliminated.**
The change will be reflected in the Business Services Product and Pricing Guide you received when you opened your BB&T account. If you do not have a copy of the Business Services Pricing Guide, contact your local BB&T financial center, your relationship manager or call 1-800-BANK BBT (1-800-226-5228) to request a current copy.

**All Commercial Checking Accounts:**

| Service | Current Standard Fee | New Fee |
|---|---|---|
| Debit Card Replacement Fee | $ 5.00 | No Charge |

## Summary of your accounts

| ACCOUNT NAME | ACCOUNT NUMBER | BALANCE($) | DETAILS ON |
|---|---|---|---|
| BUSINESS VALUE 200 | | 1,970.47 | page 1 |
| BUSINESS MONEY RATE SAVINGS | | 500.94 | page 2 |
| Total checking and money market savings accounts | | $2,471.41 | |

 ## Checking and money market savings accounts

■ **BUSINESS VALUE**

**Account summary**

| | |
|---|---|
| Your previous balance as of 10/31/2018 | $270.47 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 1,700.00 |
| Your new balance as of 11/30/2018 | = $1,970.47 |

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/20 | INCOMING WIRE TRANSFER WIRE REF# 20181120-00013359 | 1,700.00 |
| Total deposits, credits and interest | | = $1,700.00 |

■ PAGE 1 OF 4

0007635

■ BUSINESS MONEY RATE SAVINGS 00051

**Account summary**

| | |
|---|---|
| Your previous balance as of 10/31/2018 | $500.94 |
| Checks | - 0.00 |
| Other withdrawals, debits and service charges | - 0.00 |
| Deposits, credits and interest | + 0.00 |
| Your new balance as of 11/30/2018 | = $500.94 |

**Interest summary**

| | |
|---|---|
| Interest paid this statement period | $0.00 |
| 2018 interest paid year-to-date | $0.00 |
| Interest rate | 0.01% |

## Elimination of a BB&T Inactivity Fee

BB&T is pleased to announce that effective **Jan. 1, 2019**; the Inactivity Fee **will be eliminated**.
The change will be reflected in the Business Services Product and Pricing Guide you received when you opened your BB&T account. If you do not have a copy of the Business Services Pricing Guide, contact your local BB&T financial center, your relationship manager or call 1-800-BANK BBT (1-800-226-5228) to request a current copy.

**All Commercial Checking Accounts:**

| Service | Current Standard Fee | New Fee |
|---|---|---|
| Inactivity Fee per month* | $7.50; $5.00 in GA only | No Charge |

*Inactivity is defined as having no deposits or withdrawals for 12 consecutive months in your checking account and 24 consecutive months for money market savings accounts. Interest posted or fees charged on your account are not considered to be activity. Applies only to accounts with balances less than $1,000 and greater than $0.



# Questions, comments or errors?

Member FDIC

For general questions/comments or to report errors about your statement or account, please call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228) 24 hours a day, 7 days a week. BB&T Phone24 Client Service Associates are available to assist you from 6 a.m. until midnight ET. You may also contact your local BB&T financial center. To locate a BB&T financial center in your area, please visit BBT.com.

## Electronic fund transfers

In case of errors or questions about your electronic fund transfers, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us as soon as possible. You may write to us at the following address:

BB&T Liability Risk Management
P.O. Box 996
Wilson, NC 27894-0996

You may also call BB&T Phone24 at 1-800-BANK BBT or visit your local BB&T financial center. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. Please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

We will investigate your complaint/concern and promptly take corrective action. If we take more than ten (10) business days to complete our investigation, your account will be credited for the amount you think is in error, minus a maximum of $50 if we have a reasonable basis to believe that an unauthorized electronic fund transfer has occurred. This will provide you with access to your funds during the time it takes us to complete our investigation. You may have no liability for unauthorized Check Card purchases, subject to the terms and conditions in the current BB&T Electronic Fund Transfer Agreement and Disclosures. If you have arranged for direct deposit(s) to your account, please call BB&T Phone24 at 1-800-BANK BBT to verify that a deposit has been made.

If your periodic statement shows transfers that you did not make, tell us at once. If you do not inform us within sixty (60) days after the statement was mailed to you, you may not get back any money you lost after sixty (60) days. This will occur if we can prove that we could have stopped someone from taking the money if you had informed us in time. If a good reason kept you from informing us, we will extend the time periods.

## Important information about your Constant Credit Account

Once advances are made from your Constant Credit Account, an **INTEREST CHARGE** will automatically be imposed on the account's outstanding "Average daily balance." The **INTEREST CHARGE** is calculated by applying the "Daily periodic rate" to the "Average daily balance" of your account (including current transactions) and multiplying this figure by the number of days in the billing cycle. To get the "Average daily balance," we take the beginning account balance each day, add any new advances or debits, and subtract any payments or credits and the last unpaid **INTEREST CHARGE**. This gives us the daily balance. Then we add all of the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average daily balance."

## Billing rights summary

**In case of errors or questions about your Constant Credit statement**
If you think your statement is incorrect, or if you need more information about a Constant Credit transaction on your statement, please call 1-800-BANK BBT or visit your local BB&T financial center. To dispute a payment, please write to us on a separate sheet of paper at the following address:

BankCard Services Division
P.O. Box 200
Wilson, NC 27894-0200

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared. You may telephone us, but doing so will not preserve your rights. In your letter, please provide the following information:

- Your name and account number
- Describe the error or transfer you are unsure about, and explain in detail why you believe this is an error or why you need more information
- The dollar amount of the suspected error

During our investigation process, you are not responsible for paying any amount in question; you are, however, obligated to pay the items on your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

## Mail-in deposits

If you wish to mail a deposit, please send a deposit ticket and check to your local BB&T financial center. Visit BBT.com to locate the BB&T financial center closest to you. Please do not send cash.

## Change of address

If you need to change your address, please visit your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

| How to Reconcile Your Account | | Outstanding Checks and Other Debits (Section A) | | | |
|---|---|---|---|---|---|
| | | Date/Check # | Amount | Date/Check # | Amount |
| 1. List the new balance of your account from your latest statement here: | | | | | |
| 2. Record any outstanding debits (checks, check card purchases, ATM withdrawals, electronic transactions, etc.) in section A. Record the transaction date, the check number or type of debit and the debit amount. Add up all of the debits, and enter the sum here: | | | | | |
| 3. Subtract the amount in line 2 above from the amount in line 1 above and enter the total here: | | | | | |
| 4. Record any outstanding credits in section B. Record the transaction date, credit type and the credit amount. Add up all of the credits and enter the sum here: | | Outstanding Deposits and Other Credits (Section B) | | | |
| | | Date/Type | Amount | Date/Type | Amount |
| 5. Add the amount in line 4 to the amount in line 3 to find your balance. Enter the sum here. This amount should match the balance in your register. | | | | | |
| For more information, please contact your local BB&T relationship manager, visit BBT.com, or contact BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228). | | | | | |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | |
| **STEPHEN D. KING** | ) | **CASE NO: 18-71778** |
| | ) | |
| Debtor. | ) | |

_____)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing **Monthly Operating Report for the Period from**

**June 1, 2019 through June 30, 2019** was served via electronic mail to the following interested

parties:

Thomas Wayne Dworschak
Office of the U. S. Trustee
Room 362
75 Ted Turner Drive, SW
Atlanta, GA 30303
(404) 331-4437
Email: thomas.w.dworschak@usdoj.gov

On this 17th day of July 2019.

Rountree, Leitman & Klein, LLC

William A. Rountree, Bar No. 616503
2987 Clairmont Road
Atlanta, Georgia 30329
(404) 584-1244; (404) 704-0246 *facsimile*
wrountree@rlklawfirm.com
*Attorney for Debtor*

04034565-