

RECEIVED

OCT 01 2019

WENDY L. HAGENAU
BANKRUPTCY JUDGE

WILLIAM A. ROUNTREE
404-584-1244
wrountree@rlklawfirm.com



**ROUNTREE
LEITMAN & KLEIN**
L L C

Attorneys at Law
Century Plaza I
2987 Clairmont Road, Suite 175
Atlanta, Georgia 30329

September 9, 2019

**Courtroom Deputy Clerk
The Honorable Chief Judge Wendy L. Hagenau
United States Bankruptcy Court
Room 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303**

RE:    Stephen David King
        Chapter 11 Case No.: 18-71778-wlh

Dear Chief Judge Hagenau:

Pursuant to Bankruptcy Local Rune 9010-5(e), I submit this request for leave from the practice of law in the above referenced matter for a period of less than 21 days during the following dates:

**November 20, 2019, through November 30, 2019**

I will be out of the office on vacation. I am not aware of any scheduled hearing during the period of time for which lease is sought, and I understand that the requested leave will be granted when docketed.

Please have your office contact me with any questions.

Sincerely,

*/s/ William A Rountree*
William A. Rountree

WAR: mkw