UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| STEPHEN D. KING | ) | CASE NO: 18-71778 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that on November 19, 2019, I caused copies of both the **Debtor's Motion for the Entry of An Order (A) Approving the Disclosure Statement, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan of Reorganization, (C) Approving the Forms of Ballot and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time, and Place for the Hearing on Confirmation of the Plan and the Deadline for Filing Objections Thereto, And (F) Approving Related Notice Procedures,** and the **Notice of Hearing for the Debtor's Motion,** to be served via first class mail, postage prepaid to all parties on the Mailing Matrix as attached hereto as **Exhibit "A",** and to the following parties:

Compound Property Management, LLC
Registered Agent: Theresa Robinson
2892 Willow Ridge Dr.
Cincinnati, OH  45251

Thomas Wayne Dworschak
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Leone1, LLC
Registered Agent:
Veil Corporate Services, Inc.
1166 E. Dayton-Yellow Springs
Suite 227
Fairborn, OH  45324

R&G Cincy Investments, LLC
Registered Agent: Gwendolyn Broadnax
7621 Castleton Place
Roselawn, OH  45237

[END OF DOCUMENT]

ROUNTREE, LEITMAN & KLEIN, LLC

/s/ Benjamin R. Keck
William A. Rountree, Ga. Bar No. 616503
Benjamin R. Keck, Ga Bar No. 943504
Century Plaza I
2987 Clairmont Rd, Ste. 175
Atlanta, GA 30329
(404) 584-1244 Telephone
(404) 704-0246 Facsimile
wrountree@rlklawfirm.com
bkeck@rlklawfirm.com

```
Label Matrix for local noticing        Ahn Enterprises, LLC.                   Amy Peterson Bohn
113E-1                                  14012 51st Ave. No                     28120 Serata Court
Case 18-71778-wlh                       Plymouth, MN 55446-2219                Naples, FL 34110-2878
Northern District of Georgia
Atlanta
Wed Aug  7 17:16:46 EDT 2019

Aurena Investments, LLC.                Bank of America                        Bear Creek Capital, LLC.
14505 43rd Ave. No                      100 N. Tryon St.                       2670 Creekview Circle
Minneapolis, MN 55446-2783              Charlotte, NC 28202-4024               Oviedo, FL 32765-7546


Capital One                             Capital One Bank (USA), N.A.           Carrier Wells Fargo
1680 Capital One Dr,                    by American InfoSource as agent        420 Montgomery Street
Mc Lean, VA 22102-3407                  4515 N Santa Fe Ave                    San Francisco, CA 94104-1205
                                        Oklahoma City, OK 73118-7901


Charles J. Krautkremer                  Charles Petit                          Cincinnati Federal
674 South Sutton Lake Blvd.             249 Ashbury Circle                     6581 Harrison Ave.
Jordan, MN 55352-9446                   Park Ridge, IL 60068                   Cincinnati, OH 45247-2810


Citi (Windows)                          Daljit S, Sikka                        Daljit Sikka
388 Greenwich St,                       6010 Highway 7                         c/o Michael Mahoney, Mahoney Lefky LLC
New York, NY 10013-2362                 St. Louis Park, MN 55416-2322          Suite 201
                                                                               125 West Lake St.
                                                                               Wayzata MN 55391-1573

Dan E. Burge                            Dan Skolness                           Daniel Skolness
1621 N. Roberts Road                    c/o Michael Mahoney, Mahoney Lefky LLC 24608 County Highway 22
Kennesaw, GA 30144-3639                 Suite 201                              Detroit Lakes, MN 56501-8206
                                        125 West Lake St.
                                        Wayzata MN 55391-1573

David B. Chalk                          David L. Flod                          David L. Flod
9726 Country Trl.                       27 Moonlight Bay                       2606 El Dorado Pkwy. W.
Loveland, OH 45140-5673                 Stillwater, MN 55082-9242              Cape Coral, FL 33914-6680


David L. Flod                           David V. Escher                        Debra Kroeger
c/o Michael Mahoney, Mahoney Lefky LLC  236 Lakeview Drive                     28685 Alessandria Circle
Suite 201                               Mason City, IA 50401-1620              Bonita Springs, FL 34135-8275
125 West Lake St.
Wayzata MN 55391-1573

Dennis J. Bork                          Dennis J. Bork &                       Department of the Treasury
15655 Riverfield Court                  Becky A. Bennett-Bork                  Internal Revenue Service
Cold Spring, MN 56320-9736              15655 Riverfield Court                 P.O. Box 7346
                                        Cold Spring, MN 56320-9736             Philadelphia, PA 19101-7346


Discover (Personal)                     Discover (Window)                      Discover Bank
2500 Lake Cook Rd.                      2500 Lake Cook Rd                      Discover Products Inc
Riverwoods, IL 60015-3851               Riverwoods, IL 60015-3851              PO Box 3025
                                                                               New Albany, OH  43054-3025
```

ENS II Family Partners, Inc.
5291 N. Mesa Dr.
Castle Rock, CO 80108-9343

Edward J. Oertel
5171 Jamaca Blvd. N.
Lake Elmo, MN 55042-9550

Edward J. Oetel
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

Elizabeth Zbikowski
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

Elizabeth Zbikowski
109 SW 50th Street
Cape Coral, FL 33914-7169

Fred John Williams Jr.
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

Fred John Williams, Jr.
P.O. Box 213
Arthur, ND 58006-0213

Fredrick P. Ott
8144 S. Ash Circle E
Centennial, CO 80121-3130

George M Tadros
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

George M. Tadros &
Reem W. Danial
9124 Gateway Lane
Eden Prairie, MN 55347-3300

Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303-1751

Georgia Department of Revenue
1800 Centrury Center Blvd
Suite 9100
Atlanta, GA 30345

Georgia Dept. of Labor
Suite 826
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Georgia Dept. of Labor
Suite 910
148 Andrew Young Inter. Blvd., NE
Atlanta GA 30303-1751

Gross Capital Partners, LLC.
800 S. Ocean Blvd., L1
Boca Raton, FL 33432-6364

Hellmuth Johnson
8050 West 78th St.
Minneapolis, MN 55439-2530

Henri J. Sandri &
Karen L. Spaulding
6186 Hearthstone Avenue South
Cottage Grove, MN 55016-6011

Hyundai Lease Titling Trust
PO Box 20809
Fountain Valley, CA 92728-0809

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James D. Stinson
12828 Sunset Glen Estates
Saint Louis, MO 63127-1534

Jane L. Petit
240 Ashbury circle
Park Ridge, IL 60068-2823

Jerald Horowitz
1035 S. Federal Highway #211
Delray Beach, FL 33483-5144

John Alan Nelson
2924 Fairway Drive NE
Willmar, MN 56201-9559

John M. Black
26336 Marsh Landing Parkway
Ponte Vedra Beach, FL 32082-2050

John N. Oertel
118 5th Street South
Stillwater, MN 55082-4950

John Oertel
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

John R. Sorge
169A Laurel Plaza
Monroe Township, NJ 08831-5837

(c)JOSEPH M. BUSHMAN
207304 STATE HIGHWAY 49
WITTENBERG WI  54499-6071

Julie Williams Barner
P.O. Box 213
Arthur, ND 58006-0213

Kenneth King
1740 Flamingo Drive
Eagan, MN 55122-1143

Kenneth L. Green
4322 Woodbridge Drive
Eau Claire, WI 54701-9023

Lawrence Karp
8 N. Huntingdon Ave.
Margate City, NJ 08402-1758

Lee A. Levine
3030 Atlantic Avenue
Atlantic City, NJ 08401-6380

Lloyd K. Drilling
705 West Lake Street
Minneapolis, MN 55408-2917

Mark Kroeger
28685 Alessandria Circle
Bonita Springs, FL 34135-8275

Mark McLain
555 5th Ave. NE
Saint Petersburg, FL 33701-2655

Mark Richard &
Sharon I. Schulcter
100 Shoshone Hills
Holts Summit, MO 65043-1642

Michael K. Ouyang
5551 Malibu Dr.
Edina, MN 55436-1035

Michael S. Lepore
145 Winding Way
Haddonfield, NJ 08033-3608

Miner AL Technologies Int.
Newark, NJ

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pamela R. Paulsen
11620 28th Avenue North
Minneapolis, MN 55441-3024

Paul K. Hofer
1000 E. 4th Street, Box 129
Freeman, SD 57029-0129

Pauline H. Smith
4012 Maloney Road
Knoxville, TN 37920-2828

Phillip Smith
902 Woodhill Court
Hopkins, MN 55343-8922

Reem Danial
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

Richard Horowitz
1200 South Flagler Dr. #1504
West Palm Beach, FL 33401-6745

Ronald Yellin
3720 S. Ocean Blvd.
Highland Beach, FL 33487-3385

Scott Stevenson
6175 Oak Hollow Dr.
Oregon, WI 53575-2595

Scott T. Zbikowski
109 SW 50th Street
Cape Coral, FL 33914-7169

Scott T. Zbikowski &
Elizabeth Zbikowski, JTWROS
109 SW 50th Street
Cape Coral, FL 33914-7169

Scott Zbikowski
c/o Michael Mahoney, Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

Stephen W. Colby
7373 France Avenue So.,
Suite 400
Edina, MN 55435-4549

Steven Cohan
1134 Sherman Avenue
Madison, WI 53703-1620

Steven Hartkopf
P.O. Box 1591
Saint Cloud, MN 56302-1591

Steven M. Cohan
c/o Michael Mahoney Mahoney Lefky LLC
Suite 201
125 West Lake St.
Wayzata MN 55391-1573

Steven M. Cohan &
Jill R. Cohan
1134 Sherman Avenue
Madison, WI 53703-1620

Steven M. Cohan Trustee Of the Steven M. Coh
and Jill R. Cohan Joint Revocable Trust
c/o Michael Mahoney Mahoney Lefky LLC
125 West Lake St. Suite 201
Wayzata MN 55391-1573

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

The Steven M. Cohan &
Jill R. Cohan Joint Rev. Trust
1134 Sherman Avenue
Madison, WI 53703-1620

| | | |
|---|---|---|
| Thomas J. McAdam<br>3006 Sunset Avenue<br>Atlantic City, NJ 08401-3737 | Tony Albright<br>20106 Lake Ridge Dr.<br>Prior Lake, MN 55372-7807 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US Bank (Windows)<br>P.O. Box 6352<br>Fargo, ND 58125-6352 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| William T. Pallack<br>120 Peachtree Dr.<br>East Norwich, NY 11732-1119 | Woodland Office Partners, LLC<br>c/o Griffin Bell III, P.C.<br>309 Sycamore Street<br>Decatur, Georgia 30030<br>40-4-458-4086<br>gbb@gb3pc.com   30030-3436 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank National Association
Bankruptcy Department
PO Box 108
St. Louis MO 63166-0108

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Joseph M. Bushman
715 Statwe Hwy. 49
Wittenberg, WI 54499

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bryan Reichel | (u)Chilean Mine Partners | (u)Choa-Chu Chou |
| (u)Chou Chao Chu Alias | (d)Hyundai Lease Titling Trust<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | (d)Hyundai Lease Titling Trust<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 |

| | | |
|---|---|---|
| (u)Jollie Khan Esquire | (u)Liang Liang | (u)Maclean John Michael Arnott |
| (u)Maison Edelman Borman and Brand, LLP. | (u)Marley, LLC. | (u)Miller Group |
| (u)Miss Yang Eve | (u)Nexus Capital Limited | (u)Nexus Direct IRA Trust, LLC/ David Chalk |
| (u)Shaun Francis Ruddy | (u)Smart Applications Limited | (u)Wu Yucong |
| (u)Zhou Zhao Chu | End of Label Matrix<br>Mailable recipients    97<br>Bypassed recipients    19<br>Total                  116 | |