**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18 – 71778 - WLH |
| | : | |
| STEPHEN DAVID KING, | : | |
| | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |

**NOTICE OF HEARING ON**
**UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE**

PLEASE TAKE NOTICE that on October 13, 2020, the United States Trustee filed a *Motion to Dismiss* (the "Motion") [Docket No. 262].

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the United State Trustee's Motion in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at **1:30 p.m**. on the **19th** day of **November, 2020**.

**Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Your rights may be affected by the court's ruling on this motion.  You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)   If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is:  Clerk, U.S Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

NANCY J. GARGULA

UNITED STATES TRUSTEE
REGION 21

*/s/ David S. Weidenbaum*
DAVID S. WEIDENBAUM
GA Bar No. 745892
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303
(404)-331-4437
david.s.weidenbaum@usdoj.gov

## CERTIFICATE OF SERVICE

    This is to certify that I have on this day electronically filed the foregoing Notice of Hearing using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

                                        NANCY J. GARGULA
                                        UNITED STATES TRUSTEE
                                        REGION 21


                                         */s   David S. Weidenbaum*
                                        DAVID S. WEIDENBAUM
                                        Georgia Bar No. 745892
                                        Trial Attorney

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
david.s.weidenbaum@usdoj.gov